# In the United States Court of Federal Claims
**OFFICE OF SPECIAL MASTERS**
No. 14-896V
Filed: April 15, 2016
UNPUBLISHED

| | |
|---|---|
| SCOTT WOODRING, | |
| Petitioner, | |
| v. | Attorneys' Fees and Costs; |
| SECRETARY OF HEALTH AND HUMAN SERVICES, | Special Processing Unit ("SPU") |
| Respondent. | |

*Danielle Strait, Maglio Christopher and Toale, PA, (DC) Washington, DC, for petitioner.*
*Julia McInerny, U.S. Department of Justice, Washington, DC, for respondent.*

## DECISION ON ATTORNEYS' FEES AND COSTS[1]

**Dorsey,** Chief Special Master:

On September 23, 2014, Scott Woodring filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*, (the "Vaccine Act" or "Program"). Petitioner alleged that he suffered "a severe neurological injury, likely an inflammatory demyelinating neuropathy" after receiving the influenza vaccine on September 23, 2011. Petition at 1. On November 9, 2015, the undersigned issued a decision dismissing petitioner's claim for insufficient proof. (ECF No. 27).

On April 15, 2016, petitioner filed an unopposed motion for attorneys' fees and costs. (ECF No. 31).[2] Petitioner requests attorneys' fees and costs in the amount of

---

[1] Because this unpublished decision contains a reasoned explanation for the action in this case, the undersigned intends to post it on the United States Court of Federal Claims' website, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services). In accordance with Vaccine Rule 18(b), petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, the undersigned agrees that the identified material fits within this definition, the undersigned will redact such material from public access.

[2] The motion was filed as an unopposed motion, and in the motion, petitioner states that respondent has no objection "to an award of attorney fees and costs in this amount." Motion at ¶ 5.

$9,169.47.  *Id.* at ¶ 6.  In accordance with General Order #9, petitioner's counsel represents that petitioner incurred no out-of-pocket expenses.  *Id.* at ¶ 4.

The Vaccine Act permits an award of reasonable attorneys' fees and costs. § 15(e).  Based on the reasonableness of petitioner's request and the lack of opposition from respondent, the undersigned **GRANTS** petitioner's motion for attorneys' fees and costs.

**Accordingly, the undersigned awards the total of $9,169.47[3] as a lump sum in the form of a check jointly payable to petitioner and petitioner's counsel Danielle Strait.**

The clerk of the court shall enter judgment in accordance herewith.[4]

**IT IS SO ORDERED.**

**s/Nora Beth Dorsey**
Nora Beth Dorsey
Chief Special Master

---

[3] This amount is intended to cover all legal expenses incurred in this matter.  This award encompasses all charges by the attorney against a client, "advanced costs" as well as fees for legal services rendered. Furthermore, § 15(e)(3) prevents an attorney from charging or collecting fees (including costs) that would be in addition to the amount awarded herein.  *See generally Beck v. Sec'y of Health & Human Servs.*, 924 F.2d 1029 (Fed. Cir.1991).

[4] Pursuant to Vaccine Rule 11(a), entry of judgment can be expedited by the parties' joint filing of notice renouncing the right to seek review.